UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ENTRAL GROUP INTERNATIONAL, LLC,

        Plaintiff,

  -against-

HONEY CAFÉ ON 5TH, INC. and ZHI GANG
SHEN,

        Defendants.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 1 4 2006 ★

BROOKLYN OFFICE

ORDER

05 CV 2290 (NGG)(MDG)

GARAUFIS, District Judge.

On January 19, 2006, I granted plaintiff's motion for default judgment and referred the matter to Magistrate Judge Marilyn D. Go to conduct an inquest on the amount of damages and attorney's fees to be awarded. Judge Go issued a Report and Recommendation ("R&R") in the above-captioned action recommending that plaintiff be awarded $2,100,000.00 in damages and $4,631.00 in attorney's fees. Additionally, she recommended that a permanent injunction be granted and an order of impoundment and forfeiture be issued in the form submitted by plaintiff as Proposed Substitute Default Judgment and Permanent Injunction. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Go and as detailed above.

SO ORDERED.

Dated: December 7, 2006
      Brooklyn, N.Y.

/s/
Nicholas G. Garaufis
United States District Judge